AO 91 (Rev. 11/11) Criminal Complaint

CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED

MAY 13 2019

JULIA C. DUDLEY, CLERK
BY: /s/ C. Sulph
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

United States of America
v.

JAMES L. JORDAN

*Defendant(s)*

Case No. 1:14 mj 57

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 10, 2019__ in the county of __WYTHE__ in the __Western__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 113 | Assault with intent to commit murder |
| 18 U.S.C. 1111 | Murder |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Micah J. Childers, Special Agent FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 5/11/19

City and state: Abingdon, Virginia

*Judge's signature*

Pamela Meade Sargent, U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

IN THE MATTER OF THE ARREST OF: )
JAMES JORDAN )
)  Case No. _____
)

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

1. I, Micah J. Childers, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

2. I am an investigative law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code, and am empowered by law to conduct investigations and to make arrests for the offenses enumerated in Section 2516 of Title 18, United States Code.

3. I have been employed as a Special Agent with the FBI for approximately 8 years. I am currently assigned to the Richmond Division, Bristol Resident Agency (BRA), located in Bristol, Virginia. Prior to working in the BRA, I was assigned to the Atlanta Division, Rome Resident Agency (RRA), located in Rome, Georgia, and was the coordinator for the Northwest Georgia Criminal Enterprise Task Force, an FBI Safe Street Task Force, investigating violent crimes, illegal narcotics trafficking, and illegal gang activity. I have served as the case agent on multiple terrorism investigations, to include a domestic terrorism investigation involving explosive devices. I have taken part in numerous federal, state, and local investigations concerning international and domestic terrorism, document and identity fraud, financial fraud, cybercrimes, controlled substance violations, public corruption, civil rights violations and firearms offenses.

1

4. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show simply that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

5. Based on the facts as set forth in this affidavit, there is probable cause to believe that a violation of 18 U.S.C. §§ 7, 113 (assault with intent to commit to murder within the special maritime and territorial jurisdiction of the United States); & 1111 (murder within the special maritime and territorial jurisdiction of the United States), has been committed by James L. Jordan ("Jordan").

## JURISDICTION

6. This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711. Specifically, the Court is "a district court of the United States . . . that – has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i).

## STATEMENT OF PROBABLE CAUSE

7. On May 10, 2019, Jordan approached four hikers (Hiker #1, Hiker #2, Victim #1, and Victim #2) in Smyth County, Virginia on the Appalachian Trail, located within the George Washington and Jefferson National Forest. Jordan was known by the hikers as a suspicious person through social media as a result of an incident in April 2019 in Unicoi County, Tennessee, in which Jordan had allegedly threatened hikers on the Appalachian Trail. When Jordan approached the four hikers he was acting disturbed and unstable, and was playing his guitar and singing.

2

8. Later that evening Hiker #1, Hiker #2, Victim #1, and Victim #2 made camp in the Wythe County, Virginia section of the Appalachian Trail, also located within the George Washington and Jefferson National Forest. Jordan began randomly approaching the hikers' tents, making noises and threatening the hikers. Jordan spoke to the hikers through their tents and threatened to pour gasoline on their tents and burn them to death.

9. All four hikers decided to pack and leave the campsite due to a fear of Jordan. As they tried to leave the campsite, Jordan approached them with a knife. Hiker #1 and Hiker #2 ran and Jordan gave chase. Jordan returned to the campsite and approached Victim #1 and Victim #2 again and began verbally arguing with Victim #1. Victim #2 watched as Jordan began stabbing Victim #1 in the upper part of the body. Victim #2 watched Victim #1 fall to the ground, at which point she ran. Victim #2 began to tire at which point Jordan caught up with her. She turned to face Jordan and raised her arms as if to surrender when Jordan began stabbing her and she received multiple stab wounds. Victim #2 fell to the ground and played dead, at which point Jordan left to find his dog. Victim #2 then ran down the trail towards Smyth County. Victim #2 received assistance from a male and female hiker who assisted in helping her hike an additional 6 miles into Smyth County where they called 911.

10. At approximately 2:30 a.m. on May 11, 2019, the Wythe County joint dispatch 911 center received a 911 call from a male and female hiker, presumed to be Hiker #1 and Hiker #2, who said they were being chased by a man with a machete. At 3:12 a.m., the Smyth County 911 center received a 911 call from Victim #2 advising of the attack on her. Victim #2 was transported to the Bristol TN Medical Center.

11. At approximately 6:14 a.m. on May 11, 2019, the Wythe County Sheriff's Office tactical team entered the campsite where the initial attack began. Officers took Jordan into custody and

3

observed some blood stains on his clothing.

12. Victim #1 was found by law enforcement and pronounced dead at the location of the attack.

13. Victim #2 was interviewed on May 11, 2019, at Bristol Regional Medical Center by an investigator with the Smyth County Sheriff's Office and identified Jordan as the individual who had attacked her and Victim #1. Victim #2 had visible puncture wounds and wounds consistent with being stabbed.

14. Hiker #1 and Hiker #2 were interviewed by investigators with the Smyth County Sheriff's Office on May 11, 2019. Both identified Jordan as being the individual who had approached and chased them with a knife and had a picture on a cellular phone of Jordan from his prior incident in Tennessee.

15. Law enforcement located a knife in close proximity to the body of Victim #1.

16. The George Washington and Jefferson National Forest is property of the United States Forest Service and is within the territorial jurisdiction of the United States. Wythe County and Smyth County, Virginia are located within the Western District of Virginia.

## CONCLUSION

17. Based on the aforementioned factual information and my training and experience in criminal investigations, I submit that probable cause exists to conclude that James L. Jordan did commit assault with intent to commit to murder within the special maritime and territorial jurisdiction of the United States and did commit murder within the special maritime and territorial jurisdiction of the United States in violation of 18 U.S.C. §§ 7, 113, & 1111.

FURTHER THE AFFIANT SAYETH NOT

Respectfully submitted,

Special Agent MICAH J. CHILDERS
Federal Bureau of Investigation

Subscribed and sworn to before me on ___May 11___, 2019

_____
Honorable PAMELA MEADE SARGENT
United States Magistrate Judge

_____
Seen by: Zachary T. Lee, AUSA

5