CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

JUN 22 2020

JULIA C. DUDLEY, CLERK
BY: /s/ A. Rust
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Case No. 1:20cr20 |
| | : |
| JAMES LOUIS JORDAN | : Violations: 18 U.S.C. 113, 1111, & 1113 |
| | : |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

1. On or about May 10, 2019, in the Western District of Virginia and elsewhere, within the George Washington and Jefferson National Forest, a place within the special maritime and territorial jurisdiction of the United States, JAMES LOUIS JORDAN, willfully, deliberately, maliciously, and with premeditation and malice aforethought, did unlawfully kill Ronald Sanchez.

2. All in violation of Title 18, United States Code, Sections 7 & 1111.

### COUNT TWO

The Grand Jury charges that:

1. On or about May 10, 2019, in the Western District of Virginia and elsewhere, within the George Washington and Jefferson National Forest, a place within the special maritime and territorial jurisdiction of the United States, JAMES LOUIS JORDAN, attempted to commit murder, in violation of 18 U.S.C. § 1111, of Victim KM.

2. All in violation of Title 18, United States Code, Sections 7 & 1113.

USAO # 2019R00342

## COUNT THREE

The Grand Jury charges that:

1. On or about May 10, 2019, in the Western District of Virginia and elsewhere, within the George Washington and Jefferson National Forest, a place within the special maritime and territorial jurisdiction of the United States, JAMES LOUIS JORDAN, did assault Victim KM with intent to commit murder by stabbing her multiple times with a knife.

2. All in violation of Title 18, United States Code, Sections 7 & 113(a)(1).

## COUNT FOUR

The Grand Jury charges that:

1. On or about May 10, 2019, in the Western District of Virginia and elsewhere, within the George Washington and Jefferson National Forest, a place within the special maritime and territorial jurisdiction of the United States, JAMES LOUIS JORDAN, did assault Victim GH with a dangerous weapon, namely, a knife, with intent to do bodily harm.

2. All in violation of Title 18, United States Code, Sections 7 & 113(a)(3).

## COUNT FIVE

The Grand Jury charges that:

1. On or about May 10, 2019, in the Western District of Virginia and elsewhere, within the George Washington and Jefferson National Forest, a place within the special maritime and territorial jurisdiction of the United States, JAMES LOUIS JORDAN, did assault Victim JH with a dangerous weapon, namely, a knife, with intent to do bodily harm.

2. All in violation of Title 18, United States Code, Sections 7 & 113(a)(3).

A TRUE BILL, this \_\_\_22\_\_\_ day of June 2020.

/s/Grand Jury Foreperson

*Thomas T. Cullen*
_____
THOMAS T. CULLEN
United States Attorney

by /R

*USAO # 2019R00342*