# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.  ) | Case No.: 1:20cr00020 |
| ) | |
| **JAMES LOUIS JORDAN,** ) | |
|      **Defendant** ) | |

## ORDER

On motion of the United States, (Docket Item Nos. 98, 99), and for good cause shown, it is hereby **ORDERED** that the Government's time to conduct a sanity evaluation of the defendant, as described in the court's previous Order, (Docket Item No. 96), be extended such that the evaluation be concluded on or before January 23, 2021. All other provisions of the court's Order remain in place.

**ENTERED:**     December 17, 2020.

/s/ *Pamela Meade Sargent*
UNITED STATES MAGISTRATE JUDGE