## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## ABINGDON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | )   Case No.: 1:20CR00020 |
| | ) |
| **JAMES LOUIS JORDAN** | ) |

### NOTICE TO WITHDRAW GOVERNMENT'S REQUEST TO TRANSFER DEFENDANT TO CUSTODY OF THE ATTORNEY GENERAL

The United States respectfully withdraws its request to transfer the defendant, James Louis Jordan ("Jordan"), to the custody of the Attorney General for placement in a Bureau of Prisons' medical facility for completion of a sanity evaluation, as contained in its Motion for Custodial Sanity Evaluation (ECF No. 86). Pursuant to the Court's Memorandum Order (ECF No. 96), Jordan underwent a local sanity evaluation that was completed by licensed psychologists of the government's choosing. Therefore, the government believes its request to transfer Jordan to a Bureau of Prisons' medical facility for further evaluation is moot.

Respectfully submitted,

DANIEL P. BUBAR

Acting United States Attorney

/s/ Lena L. Busscher
Lena L. Busscher, VSB 82353
Assistant United States Attorney
Zachary T. Lee
Lena L. Busscher
180 West Main Street
Abingdon, Virginia 24210
(276) 628-4161
(276) 628-7399 (Fax)
USAVAW.ECFAbingdon@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on Wednesday, March 03, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel for defendant.


/s/ Lena L. Busscher
Assistant United States Attorney