**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**ABINGDON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 1:20CR00020** |
| | ) | |
| **JAMES LOUIS JORDAN** | ) | |

**MOTION TO DISCLOSE CONCLUSION OF SANITY EVALUATION**

The United States respectfully moves this Court for an Order allowing it to disclose the conclusion, but not the contents, of the sanity evaluation report filed under seal on February 24, 2021 (ECF No. 110), to the living victims and the family of the deceased victim in this case.

Pursuant to the Court's Memorandum Order dated November 23, 2020 (ECF No. 96), the defendant, James Louis Jordan, underwent a local sanity evaluation completed by Daniel Murrie, Ph.D. and Claire N. Bryson, Ph.D..  On February 24, 2021, a report summarizing Dr. Murrie and Dr. Bryson's findings was filed under seal (ECF No. 110).  The government seeks permission to disclose the conclusion, but not the contents, of the report with the living victims and the deceased victim's family, to facilitate further resolution of this case.

The United States has conferred with defense counsel and they do not oppose this Motion.

Respectfully submitted,

DANIEL P. BUBAR

Acting United States Attorney

/s/ Lena L. Busscher
Lena L. Busscher, VSB 82353
Assistant United States Attorney
Zachary T. Lee
Lena L. Busscher
180 West Main Street
Abingdon, Virginia 24210

(276) 628-4161
(276) 628-7399 (Fax)
USAVAW.ECFAbingdon@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on Thursday, March 04, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel for defendant.


/s/ Lena L. Busscher

Assistant United States Attorney