IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGON DIVISION

CRIMINAL MINUTES – BENCH TRIAL

Case No.:  1:20CR00020                                                                                   Date:  4/22/2021

**Defendant:** James Louis Jordan / Custody         **Counsel:**  Lisa M. Lorish, AFPD,
                                                                                           Matthew L. Engle / Appointed,

PRESENT:      JUDGE:                  James P. Jones, USDJ
              Deputy Clerk:           Lottie Lunsford
              Court Reporter:         Donna Prather, OCR
              U. S. Attorney:         Zachary T. Lee, Lena L. Busscher
              USPO:                   Sumer Taylor Sargent
              Case Agent:             Micah Childers
              Interpreter:            N/A

PROCEEDINGS:
Counsel addresses the Court as to today's proceedings.
Court addresses plea agreement and Waiver of Jury Trial filed on the docket with defendant and the Agreed Statement of Facts. Defendant does waive trial by jury. Defendant consents to waive additional hearing and agrees with Stipulation and Waiver of Hearing filed at (DE 120) and (DE 121).  The Court approves waiver of trial by jury and consents thereto. The Court accepts the Agreed Statement of Facts filed and Approves the Plea Agreement filed in the case.

Parties request the Court to consider the Agreed Statement of Facts filed in this case at (DE 117) and the Psychiatric Report filed on the docket as evidence. The Court has reviewed the documents.

Court renders Verdict: Not Guilty Solely by Reason of Insanity.

The defendant will be committed to a Psychiatric Facility as agreed by parties.

The Court has reviewed the Government's exhibits filed today – 122 and 123 – Victim Impact Statements.

Statement of apology read from defendant.

The Government shall submit a proposed order for filing in accordance with the Court's Verdict and Commitment of the Defendant to the Attorney General.

Defendant remanded to custody. Court adjourns.

TIME IN COURT: 11:18-11:57 a. m. (39 minutes)